■ PARK WEST MANAGEMENT CORP. v ARTHUR MITCHELL et al.—Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur—Lupiano, J. P., Lane, Markewich and Sandler, JJ.